IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH DAVIS,

        Plaintiff,

   v.

COMBINED INSURANCE,

        Defendant.

Case No. 17-cv-02655-MMC

**ORDER VACATING ORDER TO SHOW CAUSE**

In light of plaintiff's timely Response thereto, and good cause appearing, the Court's Order to Show Cause, filed January 10, 2018, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 19, 2018

_____
MAXINE M. CHESNEY
United States District Judge